508

# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/93

Report Required by the Ethics
Reform Act of 1978, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FALLON, Eldon E. | United States District Court Eastern District of Louisiana | Feb. 7, 1995 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge | X Nomination, Date 2/3/95 <br> X Initial ___ Annual ___ Final | Jan. 1, 1994 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| 2800 Energy Centre, 1100 Poydras St. New Orleans, Louisiana 70163-2800 | Reviewing Officer Signature ___ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

Partner, Gainsburgh, Benjamin, Fallon & David (law firm); Director, RFB, Inc. (corporation that owns two pieces of real estate in New Orleans); Board Member and Vice-President of Louisiana Bar Foundation (a non-profit organization which sponsors and encourages pro bono

Continued on Attachment Page

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

Under the Artices of Partnership of Gainsburgh, Benjamin, Fallon & David, I am entitled to receive the capital I have invested in the firm during the period of time I have been a partner. Payment is to be made within three years from date of departure from the firm.

Continued on Attachment Page

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| Eldon E. Fallon | --Compensation for services to law firm during 1994 | $ 464,374.43 |
| Cecile Y. Fallon | --Compensation as Music Teacher at Louise McGehee | $ |
| | School during 1994 | $ 5,400.00 |
| | --New Orleans Children's Chorus during 1994 | $ 2,500.00 |
| | | $ |
| | | $ |

ATTACHMENT PAGE

I. POSITIONS.

activities for the Louisiana Bar Association); Board Member of the Louisiana
Supreme Court Historical Society (a non-profit organization that encourages the
study and preservation of the legal history of Louisiana); Board Member, New
Orleans Chapter of the American Red Cross; Trustee for Estate of Eugene A.
Lamarque Trust (a trust consisting of $100,000.00 invested in C.D.'s with the
interest paid monthly and distributed to decedent's widow). I receive no fee
for serving as Trustee. Eugene A. Lamarque was my first cousin.

Until the latter part of 1994, I was Vice-President of Fleet, Inc. (a corporation
that owns a taxicab franchise). The corporation earned no income but because
of its ownership of the franchise, the law firm of Gainsburgh, Benjamin, et al
has performed legal services and earned law fees in the past. No fees were earned
during 1994. I resigned from the corporation as an officer in 1994.

II. AGREEMENTS.

Further, I have an interest in fees earned but not yet received at the time of
my departure from the firm. Moreover, I have accumulated funds in the
Gainsburgh, Benjamin, Fallon & David Defined Contribution Pension Plan and
Trust.

510

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, Eldon E. | Feb. 7, 1995 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

**SOURCE**      **DESCRIPTION**

☐ NONE (No such reportable reimbursements or gifts)

Louisiana Bar Foundation -- Co-Chaired Conclave -- Attended by Judges, Attorneys and Academics of Louisiana to study legal education in Louisiana. The Conclave was held on March 18-19, 1994 in Alexandria, Louisiana. The Louisiana Bar Foundaton paid for Fallon's hotel froom for a total of $129.92. A report of the Conclave is presently being prepared and will be distributed throughout the state.

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

**SOURCE**    **DESCRIPTION**    **VALUE**

☒ NONE (No such reportable gifts)

| | | |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

**CREDITOR**    **DESCRIPTION**    **VALUE CODE***

☐ NONE (No reportable liabilities)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| Principal Residential Mortgage, Inc. | Mortgage on investment real estate | J |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000   N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>FALLON, Eldon E. | Date of Report<br>Feb. 7, 1995 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of report-ing individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemp-tion) | (2)<br>Date: Month Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 (J)1935-37 Pauline St.,NOLA | C | Rent | L | W | | | | | |
| 2 (J)3911-13 Franklin Ave.NOLA | C | Rent | L | W | | | | | |
| 3 (J)1413-15 Desire St.,NOLA | C | Rent | L | W | | | | | |
| 4 (J)1313-15 France St.,NOLA | C | Rent | L | W | | | | | |
| 5 (J)25 Allard Blvd.,NOLA | A | None | L | N | | | | | |
| 6 (J)807 Bourbon St., NOLA | E | Rent | N | W | | | | | |
| 7 (J)100 Acres of land and house Poplarville, Mississippi | C | SeeVII Infra | M | W | | | | | |
| 8 (J)156 Shares PanHandle Eastern | A | Div. | J | T | | | | | |
| 9 (J)92 Shares Fidelity Trend | A | Div. | J | T | | | | | |
| 10 (J)120 Shares EmpireDist.Elec. | A | Div. | J | T | | | | | |
| 11 (J)90 Shares Amodarka | A | Div. | J | T | | | | | |
| 12 (J) 116 Shares Dial | A | Div. | J | T | | | | | |
| 13 (J) 22 Shares GFC | A | Div. | J | T | | | | | |
| 14 (J) 100 Shares RFM, Inc. | A | Div. | L | T | | | | | |
| 15 (J) 1 Municipal Bond St. Charles Parish | A | Div. | J | T | | | | | |
| 16 (J) Gainsburgh,Benjamin,et al Defined Contribution Pen. | E | Div. | O | T | | | | | |
| 17 (J) IRA Rollover/Jefferson Guar. | D | Div. | N | T | | | | | |
| 18 (J) IRA First Nat'l Bank of Commerce, NOLA | D | Div. | K | B | | | | | |
| 19 (J) Money Market-First Nat'l Bank of Commerce, NOLA | D | Int. | M | T | | | | | |
| 20 (J) Savings/Fidelity Homestead NOLA | C | Int. | L | T | | | | | |

continued on next page

Continued on next page

1 Income Code: A=$1,000 or less (See Col. B1 & D4) B=$1,001 to $2,500 C=$2,501 to 5,000 D=$5,001 to $15,000 E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000
2 Value Codes: (See Col. C1 & D3) J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000 N=$250,001 to $500,000 O=$500,000 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimated

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>FALLON, Eldon E. | Date of Report<br>Feb. 7, 1995 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

CONTINUATION OF VII.

| 21 | Capital Account with Gainsburgh,<br>Benjamin, Fallon, et al | A | None | M | T. |
|---|---|---|---|---|---|

EXPLANATION for VII. number 7, supra.

I own land and use it to raise cattle. In 1994 I sold 11 calves and earned a total of $4,198.15 which averaged $381.65 per calf.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____        Date ___Feb. 7, 1995___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 166,403 | 00 | Notes payable to banks—secured | 29,000 | 00 | |
| U.S. Government securities—add schedule | — | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 21,389 | 00 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | — | | Notes payable to others | | | |
| Accounts and notes receivable: | — | | Accounts and bills due | | | |
| Due from relatives and friends | — | | Unpaid income tax | | | |
| Due from others | — | | Other unpaid tax and interest | | | |
| Doubtful | — | | Real estate mortgages payable—add schedule | 4,112 | 37 | |
| Real estate owned—add schedule | 1,155,400 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | — | | Other debts—itemize: | | | |
| Autos and other personal property | 35,000 | 00 | | | | |
| Cash value—life insurance | 7,499 | 64 | | | | |
| Other assets—itemize: | | | | | | |
| Furniture, object's art Jewelry, clothes, etc. | 80,000 | 00 | | | | |
| Capital acct w. law firm | 200,000 | 00 | | | | |
| Vested amounts in pension plans | 771,045 | 00 | Total liabilities | 33,112 | 37 | |
| | | | Net Worth | 2,403,124 | 30 | |
| Total Assets | 2,436,236 | 60 | Total liabilities and net worth | 2,436,236 | 60 | |
| CONTINGENT LIABILITIES | none | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | — | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | — | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | — | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | — | | | | | |
| Other special debt | — | | | | | |

| Description of Property | Date acquired | Purchase Price | Current Market Value | Mortgage amount | Term of Mortgage |
|---|---|---|---|---|---|
| 807 Bourbon St | 1/3/73 | 100,000 | 300,000 | $4112.37 | 25 yrs |
| 1935-37 Parline St | 6/17/66 | 12,750 | 60,000 | | |
| 3911-13 Franklin ave | 3/15/65 | 16,250 | 80,000 | | |
| 1413-15 Desire St. | 1/12/72 | 15,250 | 55,000 | | |
| 1313-15 France St. | 6/18/71 | 16,200 | 65,000 | | |
| 25 Allard Blvd | 1/4/75 | 100,000 | 300,000 | 29,000 | |
| 50 acres of land in miss. w house | 4/30/81 | 71,685 | 130,000 | | |
| 50 acres of land in miss. | 4/14/86 | 50,000 | 100,000 | | |

1,590,000
65,000 *

33,112.37

1,155,000

* 1/3 interest in RFM Inc. which owns a million of real estate.

# Schedule 2

| Name of Stock | # of Shares | Price per Share | Total dollar value |
|---|---|---|---|
| Pan Handle Eastern | 156 | $20.36 | 3,176.16 |
| Fidel. Trend Fund | 92.7 | $50.59 | 4,693 |
| Empire Dist. Electric | 120.00 | $16 | 1,920 |
| Anadarko Petro Corp. | 90. | $38 | 3,420 |
| The Dial Corp | 116 | $20.87 | 2,420 |
| EFC Financial Corp. | 22 | $30.00 | 660 |

Total Value — 16,289

Municipal Bond $5,000

Total $21,289

Ef owns 1/3 interest in RFM Inc. a closely held corp which owns 2 pieces of real estate located at 1629 Gentilly Rd + 1634-36 Gentilly Blvd — Ef's interest valued at $65,000

## Pension Funds

I. Gainsburgh, Benjamin Fallon, Defined Contribution Pension Plan & Trust — Participant's (EEF) current amount ———— 534,000
(administered by Goldman-Sachs Co)

II. Eldon E. Fallon's IRA Rollover acct. (administered by Jefferson Guaranty Bank) ———— 212,628

III. Eldon E. Fallon & Cecile Y. Fallon IRA (administered by FNBC) ———— 24,417

Current Total — $771,045